In re Bill J. BONNSTETTER
and Susan J. Fronk.

No. 2010–1163.

United States Court of Appeals,
Federal Circuit.

Sept. 8, 2010.

Edmund J. Sease, McKee, Voorhees & Sease, P.L.C., of, Des Moines, IA, argued for appellants. With him on the brief was Janet E. Phipps Burkhead.

Scott C. Weidenfeller, Associate Solicitor, of Alexandria, VA, argued for the Director of the United States Patent and Trademark Office. With him on the brief was Thomas W. Krause, Associate Solicitor.

RADER, Chief Judge, LINN and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**